**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

James Anthony Haynes, Appellant.

Appellate Case No. 2017-001681

━━━━━━━━━━

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

━━━━━━━━━━

Unpublished Opinion No. 2019-UP-073
Submitted January 1, 2019 – Filed February 13, 2019

━━━━━━━━━━

**APPEAL DISMISSED**

━━━━━━━━━━

Appellate Defender Victor R. Seeger, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

━━━━━━━━━━

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.